JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE D.M. DOE, a minor, by and through her Guardian ad Litem, Ivette Rodriguez,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-CV-03218-DDP-JPRx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

DATED: July 14, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　　　United States District Judge